IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-35460 |
| Lee M. Losey, ) | Chapter 11 |
| ) | Judge Timothy A. Barnes |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 6th day of December, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via the Court's Electronic Registration/first class mail (as indicated), properly addressed, postage pre-paid, on the 7th day of November, 2016, before the hour of 5:00 p.m.

/s/Scott R. Clar

1

# SERVICE LIST

### Court's Electronic Registration

United States Trustee
Dirksen Federal Building
219 South Dearborn St, Ste. 873
Chicago, IL 60604

Miriam Stein
Chuhak & Tecson PC
30 S. Wacker Dr., #2600
Chicago, IL 60606

### First Class Mail

Equity Funding LLC
c/o Melissa Sayre, CLFP
820 A Street, #220
Tacoma, WA 98402

Kathryn M. Gleason
United States Trustee
219 South Dearborn St., #873
Chicago, IL 60604

Bank of America
Home Loans
PO Box 650070
Dallas, TX 75265

Chase Freedom Card
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Citi Card
Citibank
PO Box 6077
Sioux Falls, SD 57117-6077

Citi Card
Citibank South Dakota
PO Box 6077
Sioux Falls, SD 57117-6077

City of Chicago
Department of Buildings
2045 W. Washington Blvd.
Chicago, IL 60612

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dione Munoz
2950 E. 81st Street
Chicago, IL 60617

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Home Depot
PO Box 182676
Columbus, OH 43218-2676

Jacqueline and Jessica
1506 W. Huntington Dr.
Tempe, AZ 85282

Michelle Fitzpatrick
7200 S. Yates Blvd.
Chicago, IL 60649

Old National Bancorp.
1233 N. Eddy St., #101
South Bend, IN 46617

Petefish, Skiles and Co. Bank
PO Box 18
Virginia, IL 62691

Ron Cox
6626 N. Rockwell Ave.
Chicago, IL 60645

Southwest Card
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Carrie Magerl
Magerl, Gross & Associates
608 W. Morgan St.
Jacksonville, IL 62650-2426

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Dept.
Oakbrook Terrace, IL 60181-4204

Citibank
PO Box 790034
St. Louise, MO 63179-0034

Integra Bank n/k/a Old National Bank
600 E. 96th St., #400
Indianapolis, IN 46240-3842

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Lee Michael Losey
1632 W. Summerdale,
   Basement
Chicago, IL 60640-2385

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-35460 |
| Lee M. Losey, ) | Chapter 11 |
| ) | Judge Timothy A. Barnes |
| ) | |
| debtor/debtor-in-possession. ) | |

## MOTION FOR FINAL DECREE

Lee M. Losey, debtor/debtor-in-possession herein ("Debtor"), by and through his Attorneys, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

**Introduction and Jurisdiction**

1. On October 19, 2011, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor managed his financial affairs as a debtor-in-possession until August 10, 2016 when this Court confirmed the Debtor's Plan of Reorganization ("Plan"), as modified. No trustee, examiner or official committee of unsecured creditors were appointed in the Debtor's Chapter 11 case.

3. The Debtor is an individual who owns three (3) residential properties: 1) 2950 E. 81ST, Chicago, IL; 2) 7200 Yates Blvd., Chicago, Illinois; and 3) 1506 W. Huntington Dr., Tempe, Arizona (the "Properties"). The Debtor also owns a 50% interest in and resides at 1632 W. Summerdale, Basement, Chicago, Illinois. The Debtor is employed as the Deputy Director of the Core Group Polio Project, an international aid organization.

4. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Creditors have received the distributions listed on **Exhibit A** attached hereto.

-1-

5. The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Lee M. Losey, debtor/debtor-in-possession herein, prays for the entry of a Final Decree closing this Chapter 11 case, a discharge of the Debtor, and for such other relief as may be just and appropriate.

                    Lee M. Losey,
                    debtor/debtor-in-possession

                By: /s/Scott R. Clar
                    One of his attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Losey\Final Decree.mot and NOM.wpd

-2-