UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 15-35460 |
| Lee M. Losey ) | |
| ) | Chapter: 11 |
| ) | Honorable Timothy A. Barnes |
| ) | SELECT IF OUTLYING AREA |
| Debtor(s) ) | |

## ORDER ADMINISTRATIVELY CLOSING CHAPTER 11 CASE AND GRANTING FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the motion of Lee M. Losey ("Debtor"), debtor/debtor-in-possession herein, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Reorganization on August 10, 2016, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Chapter 11 case is administratively closed.

2. The Court will retain jurisdiction to hear all matters as specified in the confirmed plan.

3. The Debtor may move to reopen his case for purposes of receiving a discharge when all plan payments have been completed or the Debtor otherwise qualifies for a discharge under 11 U.S.C. Section 1141(d)(5).

Enter:

Dated: 06 DEC 2016

United States Bankruptcy Judge

**Prepared by:**
DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\Losey\Final Decree-rev.Ord

Rev: 20130104_bko